COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-428-CV

IN RE BARRI LYN MCKASSON   RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT and LIVINGSTON, JJ.

DELIVERED:  December 18, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.